1  DAVID C. KING, ESQ., CSB #114990
   LAW AND MEDIATION OFFICES
2     OF DAVID C. KING
   17 Keller Street
3  Petaluma, California 94952
   Telephone: (707) 762-6385
4  Facsimile: (707) 778-1086
   E-Mail: king835@pacbell.net
5
   Attorneys for PLAINTIFF
6  MICHAEL ARMSTRONG

7  BELIA-EUGENIA R. BENNETT, ESQ.
   California State Bar No. 233254
8  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
9  San Francisco, CA 94108
   Telephone: (415) 352-2700
10 Facsimile: (415) 352-2701
   E-Mail: belia.bennett@bullivant.com
11
   Attorneys for DEFENDANT
12 GLOBALWARE SOLUTIONS, INC.
   a Massachusetts corporation
13

**E-Filing**

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16
   MICHAEL ARMSTRONG,           )   Case No. C 05-01775 MMC
17                              )
            Plaintiff,          )   STIPULATION TO CONTINUE CASE
18                              )   MANAGEMENT CONFERENCE AND
       v.                       )   [~~PROPOSED~~] ORDER
19                              )
   GLOBALWARE SOLUTIONS, INC., a)
20 Massachusetts corporation,   )
                                )
21          Defendant.          )
                                )
22 ─────────────────────────────)

23     The parties to the above-caption stipulate as follows:

24     The Case Management Conference in the above-captioned matter is currently scheduled

25 for Friday, September 23, 2005 at 10:30 a.m. in Courtroom 7 in the above-entitled Court. The

26 parties stipulate to move the Case Management Conference to Friday, September 30, 2005 at

27 10:30 a.m.

28     Plaintiff's counsel is requesting the Conference to be moved for the following reason:

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER   - 1 -

1  Plaintiff's counsel is a member of the Board of Directors of the Sonoma County Bar Association.
2  On Friday, September 23, 2005, the Sonoma County Bar Association is having its annual Bench-
3  Bar Retreat. This Retreat is scheduled to begin at 12:00 noon in Healdsburg, California.
4  Plaintiff's counsel plans to attend this Bench-Bar Conference and, therefore, respectfully requests
5  a one week continuance of this Conference Date. Defendant, by and through their counsel, has
6  consented to move the Conference one week, if this is acceptable to the Court.

7                                              LAW AND MEDIATION OFFICES
                                                OF DAVID C. KING
8
9  DATED: August 25, 2005        By _____
10                                              DAVID C. KING
                                                Attorneys for PLAINTIFF
11                                              MICHAEL ARMSTRONG
12
                                                BULLIVANT HOUSER BAILEY PC
13
14 DATED: August 24, 2005        By _____
                                                BELIA-EUGENIA R. BENNETT
15                                              Attorneys for DEFENDANT
                                                GLOBALWARE SOLUTIONS, INC,
16                                              a Massachusetts corporation
17

18                                          **ORDER**

19      GOOD CAUSE appearing to the Court, the Case Management Conference in the above-
20 captioned matter currently scheduled for Friday, September 23, 2005 is hereby rescheduled to
21 Friday, ~~September 30~~ October 28, 2005 at 10:30 a.m. in Courtroom 7, 19th Floor Federal Building.
22
23      IT IS SO ORDERED.
24
25 DATED: AUG 2 9 2005             _____
                                                THE HONORABLE MAXINE M. CHESNEY
26                                              Magistrate Judge, United States District Court
27
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER    - 2 -