1  DAVID C. KING, ESQ., CSB #114990
   LAW AND MEDIATION OFFICES
2      OF DAVID C. KING
   17 Keller Street
3  Petaluma, California 94952
   Telephone: (707) 762-6385
4  Facsimile: (707) 778-1086
   E-Mail: king835@pacbell.net
5
   Attorneys for PLAINTIFF
6  MICHAEL ARMSTRONG

7  KEVIN M. (CASEY) CHRISTENSEN, ESQ.
   California State Bar No. 168119
8  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
9  San Francisco, CA 94108
   Telephone: (415) 352-2700
10 Facsimile: (415) 352-2701
   E-Mail: casey.christensen@bullivant.com
11
   Attorneys for DEFENDANT
12 GLOBALWARE SOLUTIONS, INC.
   a Massachusetts corporation
13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16
   MICHAEL ARMSTRONG,              )   Case No. C 05-01775 MMC
17                                 )
           Plaintiff,               )   STIPULATION AND [PROPOSED]
18                                 )   ORDER RE: EXTENDING TIME FOR
       v.                          )   COURT ORDERED MEDIATION
19                                 )
   GLOBALWARE SOLUTIONS, INC., a   )
20 Massachusetts corporation,       )
                                   )
21         Defendant.               )
                                   )
22 _____ )

23      The parties to the above-caption action hereby request the Court extend the time for Court

24 ordered Mediation for the following reasons:

25      On November 28, 2005, counsel for the parties and Mediator, Martin Dodd, scheduled

26 the Mediation in this case for January 10, 2006. Several weeks thereafter, plaintiff, MICHAEL

27 ARMSTRONG, was informed by his current employer that he was being sent out of the country

28
   STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME FOR COURT
   ORDERED MEDIATION                                                              - 1 -

1  on business and would not be able to attend the Mediation on January 10, 2006.

2      The parties attempted to schedule the Mediation prior to the ninety (90) day deadline
3  required by Local Rules, but were unable to due to varying scheduling conflicts.

4      The parties have scheduled the Mediation for February 21, 2006.

5      Changing the date of the Mediation will not impact any of the dates currently scheduled
6  by the Court.

7      By and through this Stipulation, the Court is requested to extend the time for the
8  Mediation to occur, up to and including, February 21, 2006.

9  DATED: _____  FUTTERMAN & DUPREE, LLP

12  By_____
    MARTIN H. DODD
    Mediator

14  DATED: 12/29/05  LAW AND MEDIATION OFFICES
15      OF DAVID C. KING

17  By__/s/ David C. King__
18  DAVID C. KING
    Attorneys for PLAINTIFF
19      MICHAEL ARMSTRONG

20
21  DATED: _____  BULLIVANT HOUSER BAILEY PC

23  By_____
24  KEVIN M. (CASEY) CHRISTENSEN
    Attorneys for DEFENDANT
    GLOBALWARE SOLUTIONS, INC,
25      a Massachusetts corporation

26  ///
27  ///
28

STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME FOR COURT
ORDERED MEDIATION     - 2 -

1  on business and would not be able to attend the Mediation on January 10, 2006.

2      The parties attempted to schedule the Mediation prior to the ninety (90) day deadline

3  required by Local Rules, but were unable to due to varying scheduling conflicts.

4      The parties have scheduled the Mediation for February 21, 2006.

5      Changing the date of the Mediation will not impact any of the dates currently scheduled

6  by the Court.

7      By and through this Stipulation, the Court is requested to extend the time for the

8  Mediation to occur, up to and including, February 21, 2006.

9  DATED: 12/29/05          FUTTERMAN & DUPREE, LLP

10

11  By /s/ Martin H. Dodd

12  MARTIN H. DODD
    Mediator

13

14  DATED: 12/29/05          LAW AND MEDIATION OFFICES
    OF DAVID C. KING
15

16

17  By /s/ David C. King

18  DAVID C. KING
    Attorneys for PLAINTIFF
19      MICHAEL ARMSTRONG

20  DATED: _____          BULLIVANT HOUSER BAILEY PC

21

22

23  By_____
    KEVIN M. (CASEY) CHRISTENSEN
24      Attorneys for DEFENDANT
    GLOBALWARE SOLUTIONS, INC,
25      a Massachusetts corporation

26  ///

27  ///

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME FOR COURT
ORDERED MEDIATION                                                              - 2 -

1 | on business and would not be able to attend the Mediation on January 10, 2006.
2 |  The parties attempted to schedule the Mediation prior to the ninety (90) day deadline
3 | required by Local Rules, but were unable to due to varying scheduling conflicts.
4 |  The parties have scheduled the Mediation for February 21, 2006.
5 |  Changing the date of the Mediation will not impact any of the dates currently scheduled
6 | by the Court.
7 |  By and through this Stipulation, the Court is requested to extend the time for the
8 | Mediation to occur, up to and including, February 21, 2006.

9 | DATED: _____  FUTTERMAN & DUPREE, LLP

12 |               By_____
              MARTIN H. DODD
              Mediator

14 | DATED: 12/29/05     LAW AND MEDIATION OFFICES
15 |               OF DAVID C. KING

18 |               By_[signature]_____
              DAVID C. KING
              Attorneys for PLAINTIFF
19 |               MICHAEL ARMSTRONG

20 | DATED: 12/28/05     BULLIVANT HOUSER BAILEY PC

23 |               By_[signature]_____
              KEVIN M. (CASEY) CHRISTENSEN
24 |               Attorneys for DEFENDANT
              GLOBALWARE SOLUTIONS, INC,
25 |               a Massachusetts corporation

26 | ///
27 | ///
28 |

STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME FOR COURT
ORDERED MEDIATION                            - 2 -

**ORDER**

GOOD CAUSE appearing to the Court, the Court extends the time for the parties to participate in Court Ordered Mediation, up to and including, February 21, 2006.

IT IS SO ORDERED.

DATED: January 3, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
Magistrate Judge, United States District Court