1  Kevin M. (Casey) Christensen, SBN 168119
   E-mail: casey.christensen@bullivant.com
2  Belia-Eugenia R. Bennett, SBN 233254
   E-mail: belia.bennett@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Defendant GlobalWare Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ARMSTRONG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GLOBALWARE SOLUTIONS, INC., a Massachusetts corporation,<br><br>　　　　　Defendant. | Case No.: C 05-01775 MMC<br><br>**STIPULATION OF THE PARTIES REQUESTING DISMISSAL AND (PROPOSED) ORDER** |

This action having been settled between the parties, the parties hereby stipulate that it may be dismissed with prejudice in its entirety, each party to bear its own attorneys fees and costs.

DATED: March 1, 2006          BULLIVANT HOUSER BAILEY PC


                              By _____
                                 Kevin M. (Casey) Christensen
                                 Belia-Eugenia R. Bennett

                              Attorneys for Defendant GlobalWare Solutions, Inc.

///

///

| | | |
|---|---|---|
| 1 | DATED: March 2, 2006 | LAW AND MEDIATION OFFICES OF DAVID C. KING |
| 2 | | |
| 3 | | |
| 4 | | By _/s/ David C. King_ |
| 5 | | David C. King<br>Attorney for Michael Armstrong |

**IT IS SO ORDERED.**

DATED: March 10, 2006

_/s/ Maxine M. Chesney_
Maxine M. Chesney
United States District Judge

6066250.1